DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEBRA A. WINSLOW f/k/a DEBRA GALLENTINE,**
Appellant,

v.

**FLORIDA DEPARTMENT OF TRANSPORTATION,**
Appellee.

No. 4D19-1230

[February 27, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Barbara W. Bronis, Judge; L.T. Case No. 562016CA002231.

Annabel C. Majewski of Wasson & Associates, Chartered, Miami and Philip E. DeBerard, IV of Law Office of Philip E. DeBerard, P.A., Stuart, for appellant.

Samuel B. Spinner, Hinda Klien, and Jeffrey A. Blaker of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***